Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−20280−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian J Gombocz
   6 Wilson Terrace
   Waldwick, NJ 07463

Social Security No.:
   xxx−xx−8543

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2026.

Dated: January 12, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20280-JKS |
| Brian J Gombocz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2026 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J Gombocz, 6 Wilson Terrace, Waldwick, NJ 07463-1223 |
| 520828220 | + | Alexander Fink Esq., 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 520828237 | + | Doyle & Hoefs LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 520828243 | + | Kaity Gombocz, 6 Wilson Terrace, Waldwick, NJ 07463-1223 |
| 520828246 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive Ne, Salem, OR 97305-1396 |
| 520828255 | + | Wendy Cardenas, 6 Wilson Terrace, Waldwick, NJ 07463-1223 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520828218 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 12 2026 21:06:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520828221 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 12 2026 20:54:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520873003 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2026 21:06:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520828222 | + | Email/PDF: bncnotices@becket-lee.com | Jan 12 2026 21:06:43 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520828226 | ^ | MEBN | Jan 12 2026 20:48:07 | Apothaker Scian PC, 100 Century Parkway, Suite 310, Mount Laurel, NJ 08054-1155 |
| 520828228 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 12 2026 21:06:55 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 520828227 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 12 2026 20:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520842601 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 12 2026 20:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520828231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2026 21:06:41 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520839750 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 12 2026 21:06:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520828233 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2026 20:55:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520903670 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2026 20:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520828234 | + | Email/Text: bankruptcy@concordservicing.com | Jan 12 2026 20:55:00 | Concord, Connexus Credit Union, PO Box 29352, Phoenix, AZ 85038-9352 |
| 520828235 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2026 21:06:57 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520828236 | + | Email/Text: mrdiscen@discover.com | Jan 12 2026 20:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520828238 | + | Email/Text: bankruptcy@fourleaffcu.com | Jan 12 2026 20:55:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520828239 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2026 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520907572 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 12 2026 20:55:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520828240 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 12 2026 20:55:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520851457 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2026 21:06:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520828245 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2026 21:06:41 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520831444 | + | Email/Text: RASEBN@raslg.com | Jan 12 2026 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520913029 | | Email/Text: mtgbk@shellpointmtg.com | Jan 12 2026 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520828247 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 12 2026 20:54:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 520828248 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2026 20:55:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520828249 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2026 21:06:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520828250 | ^ | MEBN | Jan 12 2026 20:47:37 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520828253 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 12 2026 21:06:30 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520892490 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 12 2026 21:06:42 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 520897899 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 12 2026 21:06:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520828219 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520899767 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520828223 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520828224 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520828225 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520828229 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 520828232 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520828241 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520828242 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520828244 | *+ | Kaity Gombocz, 6 Wilson Terrace, Waldwick, NJ 07463-1223 |
| 520828251 | *+ | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520828252 | *+ | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520828254 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520828230 | ##+ | Caliber Home Loans, PO Box 270415, Oklahoma City, OK 73137-0415 |

TOTAL: 0 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Robert J. Pompliano | on behalf of Debtor Brian J Gombocz robert@rjpalaw.com  bankruptcy@rjpalaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5