UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

HB-762-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Hyundai Capital America as servicer for Hyundai Lease Titling Trust

**Order Filed on September 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

BRIAN J. GOMBOCZ

Case No. 25-20280

Adv. No.

Hearing Date: 8-27-26

Judge: (CMG/TBA)

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY LEASE PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, COUNSEL FEES, AND SELF-EXECUTING STAY RELIEF AT LEASE END**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 22, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: Brian J. Gombocz
Case No: 25-20280
Caption of Order: Order for arrearage cure, regular monthly payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Hyundai Capital America as servicer for Hyundai Lease Titling Trust ("Hyundai"), with the appearance of Robert J. Pompliano, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Hyundai is the owner and lessor of a 2024 Hyundai Palisade bearing vehicle identification number KM8R4DGE3RU780940.**
2. **That with the entry of this Order, the Debtor has assumed the lease.**
3. **That the Debtor's account has arrears in the amount of $593.22 through August 2026.**
4. **That the Debtor is to cure this arrearage by making his regular monthly payment of $599.93 plus an additional $98.87 (for a total monthly payment of $6989.80) for the months of September 2026 through February 2026.**
5. **That commencing September 2026, if the Debtor fails to make any payment to Hyundai within thirty (30) days after it falls due, Hyundai shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Hyundai must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Hyundai shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtor: Brian J. Gombocz
Case No: 25-20280
Caption of Order: Order for arrearage cure, regular monthly payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

7. **That at the end of the lease the Debtor must either surrender the vehicle or purchase it in accordance with the lease end purchase option. Upon lease maturity, Hyundai shall be entitled to immediate stay relief and may repossess (if necessary) and sell said vehicle without further application to the Court. The terms of this paragraph are deemed to be self-executing in nature.**
8. **That the Debtor is to pay a counsel fee of $449.00 to Hyundai through his Chapter 13 plan.**