UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

HB-762-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Hyundai Capital America as servicer for Hyundai Lease Titling Trust

**Order Filed on September 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

BRIAN J. GOMBOCZ

Case No. 25-20280

Adv. No.

Hearing Date: 8-27-26

Judge: (CMG/TBA)

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY LEASE PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, COUNSEL FEES, AND SELF-EXECUTING STAY RELIEF AT LEASE END**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 22, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**(Page 2)**
Debtor: Brian J. Gombocz
Case No: 25-20280
Caption of Order: Order for arrearage cure, regular monthly payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Hyundai Capital America as servicer for Hyundai Lease Titling Trust ("Hyundai"), with the appearance of Robert J. Pompliano, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Hyundai is the owner and lessor of a 2024 Hyundai Palisade bearing vehicle identification number KM8R4DGE3RU780940.**
2. **That with the entry of this Order, the Debtor has assumed the lease.**
3. **That the Debtor's account has arrears in the amount of $593.22 through August 2026.**
4. **That the Debtor is to cure this arrearage by making his regular monthly payment of $599.93 plus an additional $98.87 (for a total monthly payment of $6989.80) for the months of September 2026 through February 2026.**
5. **That commencing September 2026, if the Debtor fails to make any payment to Hyundai within thirty (30) days after it falls due, Hyundai shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Hyundai must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Hyundai shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**

7. **That at the end of the lease the Debtor must either surrender the vehicle or purchase it in accordance with the lease end purchase option. Upon lease maturity, Hyundai shall be entitled to immediate stay relief and may repossess (if necessary) and sell said vehicle without further application to the Court. The terms of this paragraph are deemed to be self-executing in nature.**
8. **That the Debtor is to pay a counsel fee of $449.00 to Hyundai through his Chapter 13 plan.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-20280-TBA
Brian J Gombocz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian J Gombocz, 6 Wilson Terrace, Waldwick, NJ 07463-1223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Nathalie Rodriguez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Robert J. Pompliano | on behalf of Debtor Brian J Gombocz robert@rjpalaw.com bankruptcy@rjpalaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com |

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6